IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02671-WYD-MEH

ALAN ABEL,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Foreign Corporation Insurance Company;
UNUM GROUP d/b/a UNUMPROVIDENT CORPORATION, a Delaware Foreign Corporation Insurance Company;
CONTINENTAL AIRLINES, INC./HQSBP;
CONTINENTAL AIRLINES, INC. LONG TERM DISABILITY PLAN, an ERISA Long Term Disability Welfare Benefit Plan; and
CONTINENTAL AIRLINES, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the parties' Stipulated Motion for Dismissal With Prejudice, it is hereby

ORDERED that this action is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorneys' fees.

Dated: August 11, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge